# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 16-34 |
| | ) | |
| | ) | Judge Cathy Bissoon |
| JAMES W. THORNTON, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Defendant has transmitted correspondence to the Court, dated September 11, 2019, requesting assistance as relates to the Bureau of Prison's (BOP's) calculation of his credit for time-served. The Court does not accept correspondence from litigants, and requests for relief must be made in the form of a motion, directed to the Clerk of Court for filing on the case docket.

Moreover, the calculation of credit for time-served is, in the first instance, entrusted to the BOP; a defendant first must exhaust administrative remedies before presenting the issue to the court; and, once administrative remedies have been exhausted, a proper judicial challenge is brought in the District of confinement, not (necessarily) where the sentence was imposed. Clark v. Allenwood, 665 Fed. App'x 136, 137-38 (3d Cir. Nov. 16, 2016); U.S. v. Vidal, 647 Fed. App'x 59, 60 (3d Cir. Apr. 18, 2016).

Finally, Defendant is mistaken in his belief that the Court "credited [him for time-served] to start from the date of offense, 07-26-2015." Rather, the Judgment specified that credit would be provided for time-served "on any federal detainer." Doc. 85 at pg. 2.

Defendant's correspondence, and the attachments thereto, are being returned to him along with a copy of this Order.

IT IS SO ORDERED.

October 7, 2019                                                  s\Cathy Bissoon
                                                                 Cathy Bissoon
                                                                 United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

James W. Thornton
USMS 37868068
FCI Terre Haute
P.O. Box 33
Terre Haute, IN  47808